IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD B. SANDERS,<br><br>Defendant. | PO 18-5041-BLG-TJC<br><br>**ORDER** |

Defendant has filed a Request to Quash Order of Protection on VA Property by Billings Municipal Court. (Doc. 6.) This case was dismissed with prejudice and closed on July 5, 2018. (Doc. 4.) Accordingly, the Court no longer has jurisdiction over this matter. Defendant's request is therefore, DENIED.

**IT IS ORDERED**.

DATED this 2nd day of August, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge